IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

**SHAMEKA LAVONDA SANDERS,** *pro se*

Plaintiff.

CASE NO. 4:13cv105

-vs-.    **TRIAL BY JURY IS DEMANDED**

**SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM**

   PO Box 26268

   Raleigh, NC 27611-6268

   **SERVE**: Brian P. Gilman, CLM, Director of Administration

   4601 Six Forks Rd Ste 400

   Raleigh, NC 27609,

and

**PERFORMANCE RECOVERY AKA PERFORMANT FINANCIAL CORPORATION AKA PERFORMANT FINANCIAL CORP AKA PERFORMANT RECOVERY**

   Lisa Im, Chief Executive Officer

   333 North Canyons Parkway Suite 100

   Livermore, CA 94551

   **SERVE**: CT CORPORATION SYSTEM, VA SCC ID: F1676719

   4701 COX RD STE 301

   GLEN ALLEN VA 23060,

**and**

**EXPERIAN INFORMATION SOLUTIONS INC.**

    701 Experian Parkway

    Allen, Texas 75013

    **SERVE:** David N. Anthony, Troutman Sanders LLP, Registered Agent, VA SCC ID: F1273541

    1001 Haxall Point, Richmond VA 23219,

Defendants.

## COMPLAINT

Plaintiff, **Shameka Lavonda Sanders**, *pro se* hereby sues Defendants: SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM, PERFORMANCE RECOVERY AKA PERFORMANT FINANCIAL CORPORATION AKA PERFORMANT FINANCIAL CORP AKA PERFORMANT RECOVERY, and EXPERIAN INFORMATION SOLUTIONS INC.; and allege:

## PRELIMINARY STATEMENT

1. This is an action brought for damages for violations of the for damages for violations of the (FCRA) <u>Fair Credit Reporting Act</u> *et seq*. 15 U.S.C. §1681, and (FDCPA) <u>Fair Debt Collection Practices Act</u> *et seq*., 15 U.S.C. § 1692.

## JURISDICTION

2. The jurisdiction of this Court is conferred by 15 U.S.C. §1681p.

## FACTUAL ALLEGATIONS

3. I, **SHAMEKA LAVONDA SANDERS**, *pro se,* Plaintiff requested my annual consumer credit report; the report is dated: 04/27/2013. I discovered that on March 12, 2012 and January 27, 2012, respectively, defendants: SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM and PERFORMANCE RECOVERY AKA PERFORMANT FINANCIAL CORPORATION AKA PERFORMANT FINANCIAL CORP AKA PERFORMANT RECOVERY willfully, knowingly, and negligently violated 15 U.S.C. §1681b(f) by initiating hard pulls of my credit report from defendant, EXPERIAN INFORMATION SOLUTIONS INC. **without** permissible purpose as defined by 15 U.S.C. §1681b. These actions **reduced** my credit score. There is neither past nor present verifiable contract containing my wet-ink autograph, existing which involves me and the Defendants: SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM, PERFORMANCE RECOVERY AKA PERFORMANT FINANCIAL CORPORATION AKA PERFORMANT FINANCIAL CORP AKA PERFORMANT RECOVERY, and EXPERIAN INFORMATION SOLUTIONS INC., in a CREDIT TRANSACTION or me applying for a loan or authorizing some other party to have access with my expressed permission, for any such purpose whatsoever therefore the defendants: SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM, and PERFORMANCE RECOVERY AKA PERFORMANT FINANCIAL CORPORATION AKA PERFORMANT FINANCIAL CORP AKA PERFORMANT RECOVERY violated 15 U.S.C.§1681b(a)(3)(A) (Coding a collection inquiry as a "hard inquiry" or "hard pull" of which is conducted when someone applies for a line of credit or a loan), 15 U.S.C.§1681h(e) (Defamation and Invasion of Privacy), 15 U.S.C.§1681n (willful misrepresentation or concealment of true nature of inquiry), and 15 U.S.C §1681q (obtaining consumer credit reports under false pretenses). See **EXHIBIT A; B.**

4. I, **SHAMEKA LAVONDA SANDERS**, *pro se* requested my annual consumer credit report this year 2013; the report is dated: 04/27/2013. I discovered that on March 12, 2012 and January 27, 2012, respectively, defendant: EXPERIAN INFORMATION SOLUTIONS INC. willfully, knowingly, and negligently violated 15 U.S.C. §1681b by furnishing my consumer report unto defendants: SMITH

DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM and PERFORMANCE RECOVERY AKA PERFORMANT FINANCIAL CORPORATION AKA PERFORMANT FINANCIAL CORP AKA PERFORMANT RECOVERY without a permissible purpose as defined by 15 U.S.C. §1681b. After sending in my dispute of the inquiries to my credit report dated: 04/27/2013, that I noticed to be fraudulent pulls, EXPERIAN INFORMATION SOLUTIONS INC. deleted the defendants: SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM and PERFORMANCE RECOVERY AKA PERFORMANT FINANCIAL CORPORATION AKA PERFORMANT FINANCIAL CORP AKA PERFORMANT RECOVERY, providing me valid proof in the form of an updated credit report dated: 06/11/2013. See **EXHIBIT A; B.**

5. I received correspondence in the form of a letter dated: 07/10/2013, delivered via USPS mail from defendant: PERFORMANCE RECOVERY AKA PERFORMANT FINANCIAL CORPORATION AKA PERFORMANT FINANCIAL CORP AKA PERFORMANT RECOVERY wherein the defendant expressed 15 U.S.C §1681b(a)(3)(A) of FCRA as justification for their actions thereby **admitting** their "HARD PULL" violation, of the afore mentioned codes, to my credit report. They did not come in as collections under 15 U.S.C §1681b(a)(3)(F)(ii) as their alleged permissible purpose, which would only lead to a "SOFT PULL", no injury to me, and no damage to my credit property in the form of reduction of my credit score. **EXHIBIT C.**

6. I received a very misleading correspondence in the form of a letters dated: 06/19/2013 and 07/17/2013, respectively, delivered via USPS mail from defendant: SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM, an entity I have neither previously known of nor have I previously entered into a contractual agreement with. Within these letters the defendant violates FDCPA Fair Debt Collection Practices Act of 15 U.S.C §1692. Firstly, the defendant violates FDCPA 15 U.S.C. §1692e(10) (the use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer) for these letters falsely stated that I made 'contact", a very vague deceitful terminology, toward the defendant's office, claiming that a debt was a "matter of fraud and/or identity theft". There are no certified records of this so called "contact" that the defendant claims that I made. Again the defendant continues to attempt to mislead me. The same letters go on to also attempt to obtain information from me via this same misleading "matter of fraud and/or identity theft" claims, a violation of FDCPA 15 U.S.C. §1692e(10). Lastly, the defendant violates FDCPA 15 U.S.C §1692f(1) (attempting the collection of any amount (including any interest, fee, charge, or expense incidental to the principle obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by law) for these exact letters clearly states, "This communication is from a debt collector. The purpose of

this communication is to collect a debt and any information will be used for that purpose". See **EXHIBIT D; E.**

7. On 07/05/2013, I sent ,certified with return receipt and Notary's Certificate of Service for each, Notice of Pending Lawsuits to each of the Defendants once I was sure of and could factually prove with evidence of each of their "hard" pull violations. See **EXHIBIT F.**

8. I, **SHAMEKA LAVONDA SANDERS,** *pro se,* the Plaintiff contends that the illegal actions of Defendants: SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM, PERFORMANCE RECOVERY AKA PERFORMANT FINANCIAL CORPORATION AKA PERFORMANT FINANCIAL CORP AKA PERFORMANT RECOVERY, and EXPERIAN INFORMATION SOLUTIONS INC., have harmed me by **reducing** my credit score thus greatly increasing the possibilities of credit denials, credit delays, inability to apply for credit, loss of use of funds, expenditures for fees and costs, ultimately leading to my mental anguish, emotional distress, humiliation, and a loss of reputation.

## COUNT I

### VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681

### WILLFUL NON-COMPLIANCE BY DEFENDANT SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM

9. Paragraphs 1 through 8 are re-alleged as though fully set forth herein.

10. I am a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

11. SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

12. SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM willfully violated the FCRA. Defendant's violations include, but are not limited to, the following:

(a) SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM willfully violated 15 U.S.C. §1681b(f) by obtaining my consumer credit report without a permissible purpose as defined by 15 U.S.C. §1681b on March 12, 2012.

(b) SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM willfully violated 15 U.S.C. §1681b(a)(3)(A) by coding a collection inquiry, also known as a "soft" credit inquiry, as a "hard" credit inquiry.

(c) SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM willfully violated 15 U.S.C. §1681h(e) by defamation and invasion of privacy causing injury to me and damage to my credit property leading to a reduction of my credit score.

(d) SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM willfully violated 15 U.S.C. §1681(n) by willful misrepresentation or concealment of true nature of inquiry in order to pull my credit report.

(e) SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM willfully violated 15 U.S.C. §1681(q) by obtaining information on me from consumer credit reports under false pretenses.

WHEREFORE, I demand judgment for damages in the amount of $25,000 against SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM for actual damages, statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1681n.

## COUNT II

**VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681 KNOWING NON-COMPLIANCE BY DEFENDANT SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM**

13. Paragraphs 1 through 8 are re-alleged as though fully set forth herein.

14. I am a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

15. **SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM** is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

16. **SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM** knowingly violated the FCRA. Defendant's violations include, but are not limited to, the following:

(a) **SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM** knowingly violated 15 U.S.C. §1681b(f) by obtaining my consumer report without a permissible purpose as defined by 15 U.S.C. §1681b on March 12, 2012.

(b) SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM knowingly violated 15 U.S.C. §1681b(a)(3)(A) by coding a collection inquiry, also known as a "soft" credit inquiry, as a "hard" credit inquiry.

(c) SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM knowingly violated 15 U.S.C. §1681h(e) by defamation and invasion of privacy causing injury to me and damage to my credit property leading to a reduction of my credit score.

(d) SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM knowingly violated 15 U.S.C. §1681(n) by willful misrepresentation or concealment of true nature of inquiry in order to pull my credit report.

(e) SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM knowingly violated 15 U.S.C. §1681(q) by obtaining information on me from consumer credit reports under false pretenses.

**WHEREFORE**, I demand judgment for damages in the amount of $25,000 against **SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM** for actual damages, statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. § 1681n.

<mark>Case 4:13-cv-00105-AWA-DEM Document 3 Filed 08/09/13 Page 8 of 19 PageID# 36</mark>

# COUNT III

## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681 NEGLIGENT NON-COMPLIANCE BY DEFENDANT SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM

17. Paragraphs 1 through 8 are re-alleged as though fully set forth herein.

18. I am a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

19. SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

20. SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM negligently violated the FCRA.
Defendant's violations include, but are not limited to, the following:

(a) SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM negligently violated 15 U.S.C. §1681b(f) by obtaining my consumer report without a permissible purpose as defined by 15 U.S.C. §1681b on March 12, 2012.

(b) SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM negligently violated 15 U.S.C. §1681b(a)(3)(A) by coding a collection inquiry, also known as a "soft" credit inquiry, as a "hard" credit inquiry.

(c) SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM negligently violated 15 U.S.C. §1681h(e) by defamation and invasion of privacy causing injury to me and damage to my credit property leading to a reduction of my credit score.

(d) SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM negligently violated 15 U.S.C. §1681(n) by willful misrepresentation or concealment of true nature of inquiry in order to pull my credit report.

(e) SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM negligently violated 15 U.S.C. §1681(q) by obtaining information on me from consumer credit reports under false pretenses.

**WHEREFORE**, I demand judgment for damages in the amount of $25,000 against SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM for actual damages, statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. § 1681o(a).

## COUNT IV

### VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681
### WILLFUL NON-COMPLIANCE BY DEFENDANT PERFORMANCE RECOVERY AKA PERFORMANT FINANCIAL CORPORATION AKA PERFORMANT FINANCIAL CORP AKA PERFORMANT RECOVERY

21. Paragraphs 1 through 8 are re-alleged as though fully set forth herein.

22. I am a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

23. PERFORMANCE RECOVERY AKA PERFORMANT FINANCIAL CORPORATION AKA PERFORMANT FINANCIAL CORP AKA PERFORMANT RECOVERY is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

24. PERFORMANCE RECOVERY AKA PERFORMANT FINANCIAL CORPORATION AKA PERFORMANT FINANCIAL CORP AKA PERFORMANT RECOVERY willfully violated the FCRA. Defendant's violations include, but are not limited to, the following:

(a) PERFORMANCE RECOVERY AKA PERFORMANT FINANCIAL CORPORATION AKA PERFORMANT FINANCIAL CORP AKA PERFORMANT RECOVERY willfully violated 15 U.S.C. §1681b(f) by obtaining my consumer credit report without a permissible purpose as defined by 15 U.S.C. §1681b on January 27, 2012.

(b) PERFORMANCE RECOVERY AKA PERFORMANT FINANCIAL CORPORATION AKA PERFORMANT FINANCIAL CORP AKA PERFORMANT RECOVERY willfully violated 15 U.S.C. §1681b(a)(3)(A) by coding a collection inquiry, also known as a "soft" credit inquiry, as a "hard" credit inquiry.

(c) PERFORMANCE RECOVERY AKA PERFORMANT FINANCIAL CORPORATION AKA PERFORMANT FINANCIAL CORP AKA PERFORMANT RECOVERY willfully violated 15 U.S.C. §1681h(e) by defamation and invasion of privacy causing injury to me and damage to my credit property leading to a reduction of my credit score.

(d) PERFORMANCE RECOVERY AKA PERFORMANT FINANCIAL CORPORATION AKA PERFORMANT FINANCIAL CORP AKA PERFORMANT RECOVERY willfully violated 15 U.S.C. §1681(n) by willful misrepresentation or concealment of true nature of inquiry in order to pull my credit report.

(e) PERFORMANCE RECOVERY AKA PERFORMANT FINANCIAL CORPORATION AKA PERFORMANT FINANCIAL CORP AKA PERFORMANT RECOVERY willfully violated 15 U.S.C. §1681(q) by obtaining information on me from consumer credit reports under false pretenses.

WHEREFORE, I demand judgment for damages in the amount of $25,000 against

PERFORMANCE RECOVERY AKA PERFORMANT FINANCIAL CORPORATION AKA PERFORMANT FINANCIAL CORP AKA PERFORMANT RECOVERY for actual damages, statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1681n.

# COUNT V

## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681 KNOWING NON-COMPLIANCE BY DEFENDANT PERFORMANCE RECOVERY AKA PERFORMANT FINANCIAL CORPORATION AKA PERFORMANT FINANCIAL CORP AKA PERFORMANT RECOVERY

25. Paragraphs 1 through 8 are re-alleged as though fully set forth herein.

26. I am a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

27. **PERFORMANCE RECOVERY AKA PERFORMANT FINANCIAL CORPORATION AKA PERFORMANT FINANCIAL CORP AKA PERFORMANT RECOVERY** is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

28. **PERFORMANCE RECOVERY AKA PERFORMANT FINANCIAL CORPORATION AKA PERFORMANT FINANCIAL CORP AKA PERFORMANT RECOVERY** knowingly violated the FCRA. Defendant's violations include, but are not limited to, the following:

(a) **PERFORMANCE RECOVERY AKA PERFORMANT FINANCIAL CORPORATION AKA PERFORMANT FINANCIAL CORP AKA PERFORMANT RECOVERY** knowingly violated 15 U.S.C. §1681b(f) by obtaining my consumer report without a permissible purpose as defined by 15 U.S.C. §1681b on January 27, 2012.

(b) PERFORMANCE RECOVERY AKA PERFORMANT FINANCIAL CORPORATION AKA PERFORMANT FINANCIAL CORP AKA PERFORMANT RECOVERY knowingly violated 15 U.S.C. §1681b(a)(3)(A) by coding a collection inquiry, also known as a "soft" credit inquiry, as a "hard" credit inquiry.

(c) PERFORMANCE RECOVERY AKA PERFORMANT FINANCIAL CORPORATION AKA PERFORMANT FINANCIAL CORP AKA PERFORMANT RECOVERY knowingly violated 15 U.S.C.

§1681h(e) by defamation and invasion of privacy causing injury to me and damage to my credit property leading to a reduction of my credit score.

(d) PERFORMANCE RECOVERY AKA PERFORMANT FINANCIAL CORPORATION AKA PERFORMANT FINANCIAL CORP AKA PERFORMANT RECOVERY knowingly violated 15 U.S.C. §1681(n) by willful misrepresentation or concealment of true nature of inquiry in order to pull my credit report.

(e) PERFORMANCE RECOVERY AKA PERFORMANT FINANCIAL CORPORATION AKA PERFORMANT FINANCIAL CORP AKA PERFORMANT RECOVERY knowingly violated 15 U.S.C. §1681(q) by obtaining information on me from consumer credit reports under false pretenses.

**WHEREFORE**, I demand judgment for damages in the amount of $25,000 against

**PERFORMANCE RECOVERY AKA PERFORMANT FINANCIAL CORPORATION AKA PERFORMANT FINANCIAL CORP AKA PERFORMANT RECOVERY** for actual damages, statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. § 1681n.

## COUNT VI
### VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681
### NEGLIGENT NON-COMPLIANCE BY DEFENDANT PERFORMANCE RECOVERY AKA PERFORMANT FINANCIAL CORPORATION AKA PERFORMANT FINANCIAL CORP AKA PERFORMANT RECOVERY

29. Paragraphs 1 through 8 are re-alleged as though fully set forth herein.

30. I am a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

31. **PERFORMANCE RECOVERY AKA PERFORMANT FINANCIAL CORPORATION AKA PERFORMANT FINANCIAL CORP AKA PERFORMANT RECOVERY** is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

32. **PERFORMANCE RECOVERY AKA PERFORMANT FINANCIAL CORPORATION AKA PERFORMANT FINANCIAL CORP AKA PERFORMANT RECOVERY** negligently violated the FCRA. Defendant's violations include, but are not limited to, the following:

(a) **PERFORMANCE RECOVERY AKA PERFORMANT FINANCIAL CORPORATION AKA PERFORMANT FINANCIAL CORP AKA PERFORMANT RECOVERY** negligently violated 15 U.S.C. §1681b(f) by obtaining my consumer report without a permissible purpose as defined by 15 U.S.C. §1681b on January 27, 2012.

(b) PERFORMANCE RECOVERY AKA PERFORMANT FINANCIAL CORPORATION AKA PERFORMANT FINANCIAL CORP AKA PERFORMANT RECOVERY negligently violated 15 U.S.C. §1681b(a)(3)(A) by coding a collection inquiry, also known as a "soft" credit inquiry, as a "hard" credit inquiry.

(c) PERFORMANCE RECOVERY AKA PERFORMANT FINANCIAL CORPORATION AKA PERFORMANT FINANCIAL CORP AKA PERFORMANT RECOVERY negligently violated 15 U.S.C. §1681h(e) by defamation and invasion of privacy causing injury to me and damage to my credit property leading to a reduction of my credit score.

(d) PERFORMANCE RECOVERY AKA PERFORMANT FINANCIAL CORPORATION AKA PERFORMANT FINANCIAL CORP AKA PERFORMANT RECOVERY negligently violated 15 U.S.C. §1681(n) by willful misrepresentation or concealment of true nature of inquiry in order to pull my credit report.

(e) PERFORMANCE RECOVERY AKA PERFORMANT FINANCIAL CORPORATION AKA PERFORMANT FINANCIAL CORP AKA PERFORMANT RECOVERY negligently violated 15 U.S.C. §1681(q) by obtaining information on me from consumer credit reports under false pretenses.

**WHEREFORE,** I demand judgment for damages in the amount of $25,000 against

**PERFORMANCE RECOVERY AKA PERFORMANT FINANCIAL CORPORATION AKA PERFORMANT FINANCIAL CORP AKA PERFORMANT RECOVERY** for actual damages, statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. § 1681o(a).

## COUNT VII

**VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681**

**WILLFUL NON-COMPLIANCE BY DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC.**

33. Paragraphs 1 through 8 are re-alleged as though fully set forth herein.

34. I am a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

35. EXPERIAN INFORMATION SOLUTIONS INC. is a credit reporting agency.

**36.** EXPERIAN INFORMATION SOLUTIONS INC. willfully violated the FCRA. Defendant's violations include, but are not limited to, the following:

(a) EXPERIAN INFORMATION SOLUTIONS INC. willfully violated 15 U.S.C. §1681b(f) by furnishing my consumer credit report without a permissible purpose as defined by 15 U.S.C. §1681b on January 27, 2012.

(b) EXPERIAN INFORMATION SOLUTIONS INC. willfully violated 15 U.S.C. §1681b(f) by furnishing my consumer credit report without a permissible purpose as defined by 15 U.S.C. §1681b on March 12, 2012.

(c) EXPERIAN INFORMATION SOLUTIONS INC. willfully violated 15 U.S.C. §1681(q) by furnishing information on me via consumer credit reports requested under false pretenses on January 27, 2012.

(d) EXPERIAN INFORMATION SOLUTIONS INC. willfully violated 15 U.S.C. §1681(q) by furnishing information on me via consumer credit reports requested under false pretenses on March 12, 2012.

WHEREFORE, I demand judgment for damages in the amount of $24,000 against

EXPERIAN INFORMATION SOLUTIONS INC. for actual damages, statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1681n.

## COUNT VIII
## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681
## KNOWING NON-COMPLIANCE BY DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC.

37. Paragraphs 1 through 8 are re-alleged as though fully set forth herein.

38. I am a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

39. EXPERIAN INFORMATION SOLUTIONS INC. is a credit reporting agency.

**40.** EXPERIAN INFORMATION SOLUTIONS INC. knowingly violated the FCRA. Defendant's violations include, but are not limited to, the following:

(a) EXPERIAN INFORMATION SOLUTIONS INC. knowingly violated 15 U.S.C. §1681b(f) by furnishing my consumer credit report without a permissible purpose as defined by 15 U.S.C. §1681b on January 27, 2012.

(b) EXPERIAN INFORMATION SOLUTIONS INC. knowingly violated 15 U.S.C. §1681b(f) by furnishing my consumer credit report without a permissible purpose as defined by 15 U.S.C. §1681b on March 12, 2012.

(c) EXPERIAN INFORMATION SOLUTIONS INC. knowingly violated 15 U.S.C. §1681(q) by furnishing information on me via consumer credit reports requested under false pretenses on January 27, 2012.

(d) EXPERIAN INFORMATION SOLUTIONS INC. knowingly violated 15 U.S.C. §1681(q) by furnishing information on me via consumer credit reports requested under false pretenses on March 12, 2012.

WHEREFORE, I demand judgment for damages in the amount of $24,000 against

EXPERIAN INFORMATION SOLUTIONS INC. for actual damages, statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1681n.

## COUNT IX

**VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681 NEGLIGENT NON-COMPLIANCE BY DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC.**

41. Paragraphs 1 through 8 are re-alleged as though fully set forth herein.

42. I am a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

43. EXPERIAN INFORMATION SOLUTIONS INC. is a credit reporting agency.

44. EXPERIAN INFORMATION SOLUTIONS INC. negligently violated the FCRA. Defendant's violations include, but are not limited to, the following:

(a) EXPERIAN INFORMATION SOLUTIONS INC. negligently violated 15 U.S.C. §1681b(f) by furnishing my consumer credit report without a permissible purpose as defined by 15 U.S.C. §1681b on January 27, 2012.

(b) EXPERIAN INFORMATION SOLUTIONS INC. negligently violated 15 U.S.C. §1681b(f) by furnishing my consumer credit report without a permissible purpose as defined by 15 U.S.C. §1681b on March 12, 2012.

(c) EXPERIAN INFORMATION SOLUTIONS INC. negligently violated 15 U.S.C. §1681(q) by furnishing information on me via consumer credit reports requested under false pretenses on January 27, 2012.

(d) EXPERIAN INFORMATION SOLUTIONS INC. negligently violated 15 U.S.C. §1681(q) by furnishing information on me via consumer credit reports requested under false pretenses on March 12, 2012.

WHEREFORE, I demand judgment for damages in the amount of $24,000 against

EXPERIAN INFORMATION SOLUTIONS INC. for actual damages, statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1681o(a).

## COUNT X

**VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT (FDCPA), 15 U.S.C. §1692 BY DEFENDANT SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM**

45. Paragraphs 1 through 8 are re-alleged as though fully set forth herein.

46. I am a consumer within the meaning of the FDCPA, 15 U.S.C. §1692a(3).

47. **SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM** is a debt collector within the meaning of the FDCPA, 15 U.S.C. §1692a(6).

48. **SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM** violated the FDCPA. Defendant's violations include, but are not limited to, the following:

(a) SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM violated 15 U.S.C. §1692e(10) by the use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.

(b) SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM violated 15 U.S.C. §1692f(1) by attempting the collection of any amount (including any interest, fee, charge, or expense incidental to the principle obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by law.

**WHEREFORE**, I demand judgment for damages in the amount of $22,000 against

**SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM** for actual damages, statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. § 1692k

WHEREFORE, I, **Shameka Lavonda Sanders,** *pro se* Plaintiff, respectfully requests judgment be entered against Defendants: SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP AKA SMITH DEBNAM NARRON WYCH AKA SMITH DEBNAM, PERFORMANCE RECOVERY AKA PERFORMANT FINANCIAL CORPORATION AKA PERFORMANT FINANCIAL CORP AKA PERFORMANT RECOVERY, and EXPERIAN INFORMATION SOLUTIONS INC., for the total amount of $244,000 plus court cost, and any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

I hereby demand a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this 5th day of August, 2013 A.D.

/s/ Shameka Sanders © auth. Rep.

SHAMEKA LAVONDA SANDERS, *pro se*, Plaintiff

C/o 755 30th Street

Newport News, Virginia [23607]

757-932-0199