# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION



FILED
OCT - 8 2014
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

SHAMEKA LAVONDA SANDERS,

    Plaintiff,

v.                                                            Case Number: 4:13cv105

SMITH DEBNAM NARRON DRAKE
SAINTSING & MYERS, LLP, et al.,,

    Defendants.

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came on for decision before the Court. The issues have been decided and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** on decision of this court, the Defendants' Motions for Summary Judgment (D.E. ## 45 and 50) is GRANTED, and the Court DISMISSES this action.

FERNANDO GALINDO, CLERK

October 7, 2014                                         By:     /s/ RS
Date                                                           R. Simmons, Deputy Clerk